## ROGERS *vs.* SMITH *et al.*; BUSH *vs.* KEATON.

Where it appeared from the record in a claim case that the plaintiff in *fi. fa.* was dead before the levy, and no parties had been made, the writ of error will be dismissed. 9 *Ga.*, 325, 15 *Ib.*, 510.

WARNER, Chief Justice.

---

## OLIVER *vs.* BOEHM, BENDHEIM & COMPANY *et al.*

A person employed as clerk, bar-tender, and boy-of-all-work, to labor in and about a retail grocery and liquor-store, is a laborer within the meaning of sections 1974 and 1976 of the Code, and is entitled to a general lien upon the property of his employer, with such superiority over other liens as is prescribed in those sections. See 25 *Ga.*, 571; 51 *Ib.*, 576.